```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

                                          Criminal No. 12-cr-110-01-JD

    v.

Raymond Negron

## O R D E R

The assented to motion to reschedule jury trial (document no. 21) filed by defendant is granted; Trial is continued to the two-week period beginning May 21, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              /s/ Joseph A. DiClerico, Jr.
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: March 8, 2013

cc:  Bruce Kenna, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation